Neil Zipkin (NZ 4718)
Benjamin Charkow (BC 4455)
AMSTER, ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue
New York, New York  10016
(212) 336-8000
Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------- x
PEM-AMERICA, INC.,

        Plaintiff,

        v.

TEXTILES FROM EUROPE, INC.,
d/b/a VICTORIA CLASSICS,

        Defendant.
---------------------------------- x

Civil Action No. 08-CV-6892-RJH

**NOTICE OF DISMISSAL**

    Pursuant to Fed. R. Civ. P. 41(a)(1) Plaintiff Pem-America, Inc. hereby dismisses the above action against Defendant Textiles From Europe, Inc., d/b/a Victoria Classics.

Dated:  August 21, 2008
        By:  /s/ Benjamin Charkow
        Neil Zipkin (NZ 4718)
        Benjamin Charkow (BC 4455)
        AMSTER, ROTHSTEIN & EBENSTEIN LLP
        Attorneys for Plaintiffs
        90 Park Avenue
        New York, New York 10016
        (212) 336-8000

407846.1